UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*Louise Marie Doverspike*

**COMPLAINT**

_____

NAME OF PLAINTIFF(S)

v.

*International Ordinance Technologies*

_____

NAME OF DEFENDANT(S)

[SEAL: UNITED STATES DISTRICT COURT — FILED — MAY 1 5 2009 — MICHAEL J. ROEMER, CLERK — WESTERN DISTRICT OF NY]

This action is brought for discrimination in employment pursuant to (check only those that apply):

   ✓        Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

   ✓        Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592 , the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   ✓        Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

-1-

Jurisdiction is specifically conferred upon this United States District Court by the

aformentioned statutes, as well as 28 U.S.C. §§ 1331, 1343.  Jurisdiction may also be appropriate

under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991,

Pub. L. No. 102-166, and any related claims under New York law.

1.      Plaintiff resides at:

_115 Park St Lower Apt 1 Jamestown_#
                 Street Address

_Chautaqua_ , _N Y_ , _14701_ , _(616) 488-3650_ .
  County         State        Zip Code    Telephone Number

2.      Defendant(s) resides at, or its business is located at:

_101       Harrison St._
                 Street Address

_Chautaqua_   _Jamestown_,   _N Y_   ,   _14701_
  County          City          State          Zip Code

3.      The address at which I sought employment or was employed by the defendant(s) is:

_Harrison St_
                 Street Address

_Chautaqua_ ,   _Jamestown_ ,   _N Y_   ,   _14701_
  County          City          State          Zip Code

4.      The discriminatory conduct of which I complain in this action includes

(check only those that apply).

_____     Failure to hire.

___✓___     Termination of my employment.

_____     Failure to promote.

_____     Failure to ~~accommodate~~ _understand_ my disability. _I don't think they knew I had hypothyroidism however I was not given a chance to explain any_

_____     Unequal terms and conditions of my employment. _Evening I was simply terminated_

___✓___     Retaliation

_____     Other acts (specify): _Termination because I became ill on the job vomited and was out of work on the visit while I vomited in the restroom_

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5.   It is my best recollection that the alleged discriminatory acts occurred on:
     Date(s) _Originally Sept 2004 at a different agency this continued to happen for the next 3 years ↳ International Ordinance Technologies Oct 10, 2007_

6.   I believe that the defendant(s) (check one)

     ___✗___ is still committing these acts against me.

     ___✓___ _International Ordinance Technologies_ is **not** still committing these acts against me.

7.   Defendant(s) discriminated against me based on my:
     (check only those that apply and state the basis for discrimination, for example,
     what is your religion, if religious discrimination is alleged)

     [ ]   race _____     [ ]   color _____

     [ ]   gender/sex _____     [✓]   religion _Pagan - Native American Indian_

     [✓]   national origin _Native American Indian & White_

     [✓]   age _50_          My date of birth is: _12/6/1958_
                                                    Date

     [✓]   disability _I have hypothyriodism_

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

_↳ International Ordinance Technologies did not make mean statements about Native American Indians however their was a very publized incident that I was personally involved in and I truely this may be contributed to my dismissal_

8.      The facts of my case are as follows:

*The original discrimination began September of 2004 this caused me lose my home, has disrupted my business and cost one of my animals their life because I had to move 7 times in 6 months. I did not have a safe house for my Chihuahua named Sonny he was a wonderful dog.*

(Attach additional sheets as necessary)

**Note:**      As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.

9.      It is my best recollection that I filed a charge with the New York State Division of Human
Rights or the New York City Commission on Human Rights regarding defendant's

alleged discriminatory conduct on: _____.
                                                    Date

10.     It is my best recollection that I filed a charge with the Equal Employment Opportunity

Commission regarding defendant's alleged discriminatory conduct on: 5/k/2009    .
                                                                          Date

**Only litigants alleging age discrimination must answer Question #11.**

-4-

Since the date of my original discrimination Sept 2004 my civil rights and human rights have been violated several times. I was also financially exploited by a government agency this caused me to be homeless I do not have family and friends to depend on or to stay with. I have truly suffered physical pain throughout this abuse I have ear problems "pain" and also I had an abcessed tooth for a very long time and I have hypothyroidism I can not withstand cold for long periods time.

By the time I began to work for International Avoidance Techniques I have been abused many times by agencies and a couple employers as well

I was very happy
to be hired by
International Ordinance
Technologies. I have
5 years experience in
the metal industry. I
can also weld mig, tig
and stick and set up
machinery. I was
very qualified for the
position that I was
hired for especially
full time. The shop
was close to my
home less than 1 mile.
This was also a permanent
position that really made
me happy. I really
needed a job.
    The company basically
hired me on the spot.
I dont know if they
reviewed my application
by this time I had
already had many
terrible things happen

the 1st day of any new
job anyhow there were
parts on the moving
Conveyor belt they
were small and we
had to look for flaws
in them as I said
I felt a little
nauseated the
motion of watching
the parts move on
the Conveyor belt
made me extremely
ill I began to
feel extremly light
head and I was
trying very hard to
hold myself to-
gether because I did
not want to be
terminated I really
needed a job, however
I knew I was going
to vomit at any
given minute there-
fore I said to

to me. The permenant employees were or appeared to be younger than me on the 1st shift. Most of the employees on 3rd shift were men. The Supervisor Dana a female was quite young the other female employee that was permennant was older however she was the Supervisors daughter moihric.

This is what happened I began work Sunday 12/14/2007 at International Ordnance Technologies. I was working on small presses and feeding parts on a tube to go to the presses I did this for quite a while the last day I was there they sent me down to a conveyor belt I did not feel real good that day stress is probably common

my coworkers, I really
need to leave I am
extremely sick to my
stomach I then
went to the rest-
room I barely got
my head through the
restroom door and
began to vomit fortunately
there was a
sink close to the
door any ways I
finished vomiting and
went to find the
Supervisor Dana and
told her I had
became very ill and
threw up and ask her
if I could please have
a bucket and disinfectant
to clean the restroom
she said yes and
went and got me a
bucket mop and disinfectant
I cleaned the restroom
the night was almost

over I was willing to continue working for the rest of the evening even though I did not feel well. I was also afraid of losing my job had been not treating me very nice as explained earlier. Dana the Supervisor told me to go ahead and go home so I did. The next day I went to work and another Supervisor told me he wanted to talk to me as soon as I punched in so I went into the office with him. He told me he was sorry that I became ill but I was not right for the company and I was not going to make it there.

at all and would
never excell and he
felt I was nt working
fast enough. I could
not help it. I felt
like I was going to
pass out. he had my
application in his hand
I dont think they looked
at it prior to this
incident. There was a
very political issue
prior to my working
There I had to file
a complaint because
there was much hatred
painted towards Native
American Indian People
this was a very public
issue. If I was nt
working fast enough it
is because I was new
on the job + not feeling
well I have hypothyrod-
ism. my actions might be
slightly slower than an

an average persons however
I am an experienced
metal worker I have
5 years experience and
my former employers
of 5 years were very
happy with my work
It takes any one
a little time when they
just start a new
position. I can not
help it that I had
to file a complaint
or my ethnicity, national
origin or that I have
hypothyroid ism I am
also only 4'10" and a little
chubby they were not they
are all slender and I do
believe that I have been
discriminated against because of
my age as well I
also feel that they
were wrong for terminated
and the fact they I became
ill is a big part of why

I was terminated at the very beginning of the 3rd day I worked at International Ordnance Technologies I believe that I have truly been discriminated against for the reasons that I have stated.

I would also really like to have an Attorney.

I swear all statements in this document are true to the best of my knowledge.

Sincerely,

Louise Povespehe

5/13/2009

Pro Se

11.    Since filing my charge of age discrimination with the Equal Employment Opportunity

Commission regarding defendant's alleged discriminatory conduct (check one),

_____ ✓    60 days or more have elapsed.

_____    less than 60 days have elapsed.

12.    The Equal Employment Opportunity Commission (check one):

_____    has <u>not</u> issued a Right to Sue letter.

_____ ✗    <u>has</u> issued a Right to Sue letter, which I
received on <u>February 18, 2009</u>
                                Date

**NOTE:**    Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity
Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
including injunctive orders, damages, costs, and attorney's fees.

_____
PLAINTIFF'S SIGNATURE

Dated: _____

_____
Address
_____

_____
Phone Number



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TDD: 1-800-669-6820
FAX (212) 336-3625
1-800-669-4000

Respondent: INTERNATIONAL ORDINANCE TECHNOLOGIE
EEOC Charge No.: 520-2008-03706
FEPA Charge No.:

February 3, 2009

Ja Dawn Louise M. Doverspike
124 Park Street, Apt. 1
Jamestown, NY 14701

Dear Miss Doverspike:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ X ]   The Age Discrimination in Employment Act (ADEA)

[ X ]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

[X]       Please be aware that we will send a copy of the charge to the agency listed below as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.
New York State Division Of Human Rights
Federal Contract Unit
One Fordham Plaza, 4 Fl.
Bronx, NY 10458

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Electra Yourke
Enforcement Manager
(212) 336-3751

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 520-2008-03706 |

| New York State Division Of Human Rights | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Miss Louise Marie Doverspike | (716) 488-3030 | 12/6/1958 |

**Street Address** — City, State and ZIP Code

115 Port St. Lower Apt #1 Jamestown NY 14701

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| International Ordinance Technologies | 15-100? | 716-664-1160 |

**Street Address** — City, State and ZIP Code

101 Dawnson St. Jamestown NY 14701

| Name (Original complaint V, Randolph Childrens Home/Boco Directions | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | 716 358-3636 |

Street Address — Retaliation — City, State and ZIP Code

EEOC ruled in my favor much prestige 3 denial of services

Main St. Randolph NY 14701

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN | Earliest: Sept 2009    Latest: Oct 2007 |
| ☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (Specify below.) | ☐ CONTINUING ACTION |

Weight & Political Party

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Race, Political Party & National Origin, Religion the reason there has been much publicity President Maurice John + Elliott Spitzer I filed a complaint against a very large agency where there is much hatred towards Native American Indians as well as against an individual employee at a public school who doesnt like Native American Indians this person is a supervisor, the Bucky Phillips case that this is a very public issue Elliott Spitzer as Gov lost his position. I was very qualified for this position and was a good employee with previous photo shops

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT  Louise Doverspike |
| 9/10/2008  _Date_   Louise Doverspike  _Charging Party Signature_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)  9/10/08   Helen L. Adams  HELEN L. ADAMS  Notary Public, State of New York  Qualified in Chautauqua County  Reg. No. 4850725.  My Commission Expires Jan. 20, 2010 |

Over please

The only permenent female employees on
that shift, were Mother + Daughter both
very slender and of course worked together
I am chubby with a big build, The
daughter is the supervisor, she looked
at my stomach in a strange way,
The mom 3 daughter average height of am
ya 4'10" # Get weights of move a little
slow once in action in I'm fine I am
familiar with the aspect of back positions
in metal factories that regard skill 3
knowledge in I can weld i mig, tig, 3 stick
and read blue prints as well as set up
the machinary in am a skilled laborer
2 days is not long enough to learn
a new job in most places give 30 days
in at least a couple weeks to
get the feel of a company. The
Supervisor 3 her mother were
both permenent employees, The
Supervisor looked to be 30-35 years of age
I was 47 years of age at first I
I have hypothyrdism
move a little slow once I catch on
I am fine 3 keep up with everyone in the
Metal industry. I was very well qualified
I don't think my application 3 Resume was
reviewed I was basically on the spot the
questions that were ask were already explained
in Resume. I can hide who I am it I
use all of my educational background.
The attitude of the (Releasing)/Supervisor was
snide and he had my Resume in his hand.
This position was my only form of income
I am seperated 3 living in my estranged husbands
home town, been being discriminated and

I also have no family to fall back on very easy
to. One sections of this county. Board governs of the other
12 Hours Permenent employees

This incident created
long standing or political
house Downophia 9/08
don't help
each ground 3 months
Apparently staying.
I dogn not
with the position as Ect.
used so extremely
in a giant shot of 4
were sheet of guily



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.**

**1.    Personal Information**

Last Name: Doveispire   First Name: Louise   JJ Dawn   MI: M

Street or Mailing Address: 150 Park St - Apt #1   Apt Or Unit #: Lower Apt #1

City: Jamestown   County: Chautaqua   State: NY   ZIP: 14701

Phone Numbers: Home: ( 716 ) 488 3050   Work: (    )

Cell: (    )   Email Address:

Date of Birth: 12/06/1958   Sex: Male   Female: ✓   Do You Have a Disability? Yes ✓ No ☑

**Please answer each of the next three questions. i. Are you Hispanic or Latino?**   Yes ☐   No ☑

ii. What is your Race? Please choose all that apply.   ☑ American Indian or Alaska Native NATIVE   ☐ Asian

☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☑ White

iii. What is your National Origin?   I am Native American Indian and White I have an Irish Grandmother

**Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Crystal Biwk Peelman   Relationship: daughter

Address: 357 Main St   City: Randolph   State: NY   Zip Code: 14701

Home Phone: ( 716 ) 358-6263   Other Phone: (    ) 358-6263

**I believe that I was discriminated against by the following organization(s): (Check those that apply)**

Employer ✓   Union   Employment Agency   Other (Please Specify)

**2.    Organization Contact Information**

Organization #1 Name: Randolph Childrens Home / New Directions

Address: Main St   County: Cattaraugus

City: Randolph   State: NY   Zip: 14701   Phone: (    )

Type of Business: Child Care   Job Location if different from Org. Address:

Human Resources Director or Owner Name:   Phone:

**Number of Employees in the Organization at All Locations: Please Check (√) One**

Less Than 15 ☐   15 - 100 ☐   101 - 200 ☐   201 - 500 ☑   More 500 ☐

Organization #2 Name: International Ordinance Technologies

Address: W Harrison St   County: Chautaqua

City: Jamestown   State: NY   Zip: 14701   Phone: (    )

**Type of Business:** _Retail Business_   Job Location if different from Org. Address: _____

**Human Resources Director or Owner Name:** _____   **Phone:** _____

**Number of Employees in the Organization at All Locations:** Please Check (√) One

Less Than 15 ☐    15 - 100 ☑    101 - 200 ☐    201 - 500 ☐    More 509 ☐

3. **Your Employment Data** (Complete as many items as you can)

Date Hired: _____   Job Title At Hire: _____

Pay Rate When Hired: _____   Last or Current Pay Rate: _____

Job Title at Time of Alleged Discrimination: _____

Name and Title of Immediate Supervisor: _____

**If Applicant, Date You Applied for Job** _____   **Job Title Applied For** _____

4. **What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you are over the age of 40 and feel you were treated worse than younger employees or you have other evidence of discrimination, you should check (√) AGE. If you feel that you were treated worse than those not of your race or you have other evidence of discrimination, you should check (√) RACE. If you feel the adverse treatment was due to multiple reasons, such as your sex, religion and national origin, you should check all three. If you complained about discrimination, participated in someone else's complaint or if you filed a charge of discrimination and a negative action was threatened or taken, you should check (√) RETALIATION.*

Race ☐   Sex ☑   Age ☐   Disability ☐   National Origin ☐   Color ☐   Religion ☐   Retaliation ☐   Pregnancy ☐

Other reason (basis) for discrimination (Explain): _many young people work there_
_the 2 other women were very slender and average height_
_I'm 4'10" overweight and a little chubby_

5. **What happened to you that you believe was discriminatory? Include the date(s) of harm, action(s) and include the name(s) and title(s) of the persons who you believe discriminated against you. (Example: 10/02/06 - Written Warning from Supervisor, Mr. John Soto)**

A) Date: _____   Action: _Please see attached_
_papers I hope this_

Name and Title of Person(s) Responsible: _explanation are_

B) Date: _____   Action: _understandable and_
_acceptable. I have had_

Name and Title of Person(s) Responsible: _several things happen_

Describe any other actions you believe were discriminatory _People had told me right_
_to my face that they hate_
_me and was tempted to_
_tell that statement was unreal_
_by the sadness of the flustered_
_thing I am not begun_
_to tell you how terribly I_

(Attach additional pages if needed to complete your response.)
_was treat by Dawn Skinner_

3

6. What reason(s) were given to you for the acts you consider discriminatory? By whom? Title?

Randolph Childrens Home 3 Randolph Academy People in Supervisory positions said they hired Native American Indians. 2 Dunkle Ice Cream supervisor Name Betty refused to give me a jacket while working in refrigerater where jackets were available

7. Name and describe others who were in the same situation as you. Explain any similar or different treatment. Who was treated worse, who was treated better, and who was treated the same? Provide race, sex, age, national origin, religion, and/or disability status of comparator if known and if connected with your claim of discrimination. Add additional sheets if needed.

Dunkirk Ice Cream

| Full Name | Job Title | Description |
|---|---|---|
| 1. Betty | Supervisor | Refused to give me jacket |
| 2. to work in refigerated when company provided | | |
| 3. jackets the other employees were allowed jackets | | |

Answer questions 8-10 only if you are claiming discrimination based on disability. If not, skip to question 11.

8. Please check all that apply:
  ☐ Yes, I have an actual disability — I have hypo thyroidism
  ☐ I have had an actual disability in the past — I can't take the cold.
  ☐ No disability but the organization treats me as if I am disabled

9. If you are alleging discrimination because of your disability, what is the name of your disability? How does your disability affect your daily life or work activities, e.g., what does your disability prevent or limit you from doing, if anything? (Example: lifting, sleeping normally, breathing normally, pulling, walking, climbing, caring for yourself, working, etc.). Years ago I was given a bipolar diagnosis, but I don't have bipolar disorder. I have hypothyroidism I feel good 90% of the time however I can not with stand cold for long periods of time Sometimes I move a little slow but usually I keep up with everyone once I become accustomed to a new job.

10. Did you ask your employer for any assistance or change in working condition because of your disability?

Yes ☒   No ☐

Did you need this assistance or change in working condition in order to do your job?

Yes ☒   No ☒

If "YES", when? Dunkirk Ice Cream To whom did you make the request? Provide full name of person Betty How did you ask (verbally or in writing)? _____

Describe the assistance or change in working condition requested?

I asked for a jacket while working in at Dunkirk Ice Cream in the Refrigerated area

Betty is a Supervisor

4

**11.  Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and indicate what they will say. Add additional pages if necessary.**

| NAME | JOB TITLE | ADDRESS & PHONE NUMBER |
|------|-----------|------------------------|
| A. | | |

| NAME | JOB TITLE | ADDRESS & PHONE NUMBER |
|------|-----------|------------------------|
| B. | | |

| NAME | JOB TITLE | ADDRESS & PHONE NUMBER |
|------|-----------|------------------------|
| C. | | |

**12.  Have you filed a charge previously in this matter with EEOC or another agency?   Yes ☑   No ☐**

**13.  If you have filed a complaint with another agency, provide name of agency and date of filing:** 2001 - 2005

Randolph Childrens Home, New Directions 2001

**14.  Have you sought help about this situation from a union, an attorney, or any other source?**

Yes ☐  No ☐  - If yes, from whom and when?  Provide name of organization, name of person you spoke with and date of contact. Results, if any?

I have been treated terrible since the harassment discrimination took place at the Randolph Childrens Home New Direction this went as far denying me assistance that I was eligible through the Department of Compensation

_____          5 30 2009
Signature                                    Today's Date

**PRIVACY ACT STATEMENT:** This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (10/2006).

2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)

3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).

4. ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to respondents in connection with litigation.

5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.

EEOC Form 161 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Ms. Louise Doverspike<br>115 Park St., Lower Apt. #1<br>Jamestown, NY 14701 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2008-03706 | Sean J. Oliveira,<br>Investigator | (212) 336-3760 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Spencer H. Lewis, Jr.,
Director

2/18/09
(Date Mailed)

Enclosures(s)

cc:   **International Ordinance Technologies**
**Human Resources Director**
**101 Harrison Street**
**Jamestown, NY 14701**

Original
Complaint
to EECC

Miss Ja Dawn Louise Marie Derussjeve
115 Park St  Lower Apt #1
Jamestown NY  14701
(716) 466-3850

Complaint addressed to: Sean G. Oliveira
U.S. Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY  10004 - 2112

Dear Mr. Oliveira:

Respectfully, Originally I
was discriminated against by the
Randolph Childrens Home New Directions
The EECC ruled in my favor right after
this incident (Date of Original
Discrimination is Sept 2004) The
EEOC ruled in my favor,
Due to this act I faced much
persecution and retaliations
such as denial of food, heat,
medication and use of personal
products such as Tampons, I
believe much of this is due to
not only my race / national
origin but also because
of my political party.
I can not help
what I was born into
over Please

who wrote then i can
keep my ethnicity.
Reasons

Oct 1, 2008 - Oct 7 2008
I began working for
International Ambulance
Services 10/1, 2008
Everything seemed to
be going well the 1st
day that I worked
there. I was very
happy to find
employment that was
permanent and close
to my home. I was
hired on the spot
as a permanent
employee, not
another position through
a temporary agency.
The work was steady
but a long distance
from my home. The
other employees in the
department I was working
in were average height
5'8" Slender I am
6'0" tall and a little
chubby. I get waters
over eighty or move at
work I will get once to
get the hang of things I usually
will normally keep up

with everyone in the
metal industry."
Most of the employees
that I saw appeared
to be younger than
me. The one woman
looked older than me
she was tall and
slender and also
the supervisors "Dana"
mother.

I have 5 years
experience in the
metal industry, I
have been employed
as a set-up person
and can read blue-
prints - micrometers
and also can mig, tig
and stick weld. I
was well qualified
for this position.

As I said I
don't think they
reviewed my applica-
tion and resume be-
cause I was hired
on the spot. At
the time of my

dismissal, the
Supervisor who
dismissed me had
my resume in hand
he met Dana, told
me he moved too
to slow and would
never excell there.
He simply became
ill on the 2nd he
worked there. I returned
to work the next day
and was dismissed.
I have hypo-
thyroidism. However
I am very healthy.
I feel good most
all of the time. I
can not however work
in real cold enviro-ments
for long periods of
time. I was given
this diagnosis on
approximate date 1992.
I have had imate
people be mean to
me in the 3 years
on the job and when
I applied for Public
assistance. There is an

original complaint
that I filed to
further explain the
circumstances around
the dismissal, I
probably would have
stayed at this company
for quite a while. I
feel so much I
have truly been
discriminated against.
I really needed
a job, I am single
and have no other
income

I swear that
I am telling the
truth.
5/30 2008

Louise Doverspike